758

*William D. Whitney* and *Albert R. Connelly* for petitioner. *Messrs. J. Edward Lumbard, Jr.* and *Theodore S. Hope, Jr.* for respondent.

No. 649. THE ANACONDA ET AL. *v.* AMERICAN SUGAR REFINING Co. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Cody Fowler* for petitioners. *Mr. Henry N. Longley* for respondent.

No. 497. MARIO MERCADO E HIJOS *v.* COMMINS ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. The motion for leave to file petition for writ of mandamus is denied. *Messrs. William Cattron Rigby, Pedro M. Porrata,* and *Fred W. Llewellyn* for petitioner.

No. 648. UNITED STATES *v.* HELLARD. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Fahy* for the United States. *Mr. George H. Jennings* for respondent.

No. 578. SOUTHERN RAILWAY Co. *v.* UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Sidney S. Alderman, Siddon G. Boxley,* and *S. R. Prince* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Walter J. Cummings, Jr.* for the United States.